FILED

2026 MAY 27 PM 1:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

James Quilici
7200 Franklin Ave #323
Los Angeles, CA 90046
Westcoastmediaco@gmail.com
(916) 330-8298
Plaintiff, Pro Se

**United States District Court**

**Central District of California**

| | |
|---|---|
| James Quilici,<br>Plaintiff,<br>v.<br>Tesla, Inc.,<br>Defendant. | Case No.: 2:26-cv-02409-JLS-JDEx<br>**DECLARATION OF JAMES QUILICI REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE** |

I, James Quilici, declare as follows:

1. I am the Plaintiff in this action and appear in this matter in pro se. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify to them.

2. Pursuant to Judge Josephine L. Staton's Initial Standing Order for Civil Cases, I disclose that I used generative artificial intelligence tools to assist in drafting, organizing, editing, and refining portions of the First Amended Complaint for Copyright Infringement.

3. I did not rely on generative artificial intelligence as a substitute for my own review, judgment, or verification. I personally reviewed the First Amended Complaint, the exhibits, the factual allegations, and the source materials referenced in the filing.

4. I certify that I have reviewed the source material relied upon in the First Amended Complaint and have verified, to the best of my knowledge, information, and belief, that the factual contentions are accurate or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

5. I further certify that I have reviewed the filing for compliance with my obligations under Federal Rule of Civil Procedure 11.

6. I understand that I remain personally responsible for the contents of the First Amended Complaint and all filings submitted in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2026, at Los Angeles, California.

James Quilici

Plaintiff, Pro Se